**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULRICH SCHELE,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL REPUBLIC OF GERMANY, et al.,<br><br>    Defendants.<br>_____/ | No. 10-1643-EDL<br><br>**ORDER GRANTING MOTION TO ALLOW ELECTRONIC FILING BY A PARTY APPEARING WITHOUT AN ATTORNEY** |

Pro se plaintiff Ulrich Schele has filed a motion requesting that he be allowed to use the Court's e-filing system. Mr. Schele's motion states that he is able to comply with the equipment and rule requirements governing electronic filing. Plaintiff is warned that utilization of the e-filing system means that he will be presumed to receive all Court filings and other notifications when they are transmitted electronically, and the Court will not excuse any failure to abide by all Court rules and deadlines due to any lack of notice because such notice was provided in electronic form only. Any such failure will result in revocation of Plaintiff's e-filing permission. Subject to these warnings, Plaintiff's request to use the Court's e-filing system is GRANTED.

Plaintiff is hereby Ordered to register to use this system immediately to avoid missing any important filings or other notifications in this action. The procedure for registering for e-filing is detailed on the Court's website, www.cand.uscourts.gov. Plaintiff is directed to the purple button on the left had side of the Court's home page labeled "ECF-Pacer" and then to the "Registration" button on the left hand side of the next screen. From there, Plaintiff is directed to follow the instructions for ECF registration for a pro se litigant, including registering for "Pacer" before or immediately after registering for "ECF." At the end of the registration, as a pro se e-filing applicant, Plaintiff is required to submit both an electronic copy and a paper copy of the application to the Court's

1  automation department pursuant to the on-line instructions.  If this application is complete, Plaintiff
2  will receive notification from the automation department with an e-filing password within
3  approximately three days of receipt of the paper copy of the application.  Unless and until Mr.
4  Schele receives notification that he registered as an e-filer, the parties shall file and serve all court
5  papers in paper form.

6  In light of his pro se status, Plaintiff is hereby referred to the pro se help desk of this Court,
7  information about which can be found on the Court's website or by calling 415-782-9000.

9  **IT IS SO ORDERED.**

11  Dated: June 3, 2010

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE
United States Magistrate Judge