1  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   jwakefield@fenwick.com
2  CLIFFORD C. WEBB (CSB NO. 260885)
   cwebb@fenwick.com
3  FENWICK & WEST LLP
   555 California Street
4  12th Floor
   San Francisco, California  94104
5  Telephone: (415) 875-2300
   Facsimile:  (415) 281-1350
6
   Attorneys for Defendants
7  Mercedes-Benz USA, LLC & Daimler Finance North
   America LLC
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13  ULRICH SCHELE,                    Case No. 3:10-cv-01643-RS

14          Plaintiff,                **JOINT STIPULATION AND
                                      [PROPOSED] ORDER CONTINUING
15      v.                            HEARING DATE ON DEFENDANTS'
                                      MOTION TO DISMISS (Dkt. No. 22)**
16  MERCEDES-BENZ USA, LLC and
    DAIMLER FINANCE NORTH AMERICA
17  LLC,

18          Defendants.

JOINT STIP AND [PROPOSED] ORDER
CONTINUING HEARING ON MTN TO                    CASE NO. 3:10-CV-01643-RS
DISMISS

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

IT IS HEREBY STIPULATED that the date for the hearing on Mercedes-Benz USA LLC's ("Mercedes-Benz") and Daimler Finance North America LLC's ("Daimler Finance") (collectively "Defendants") Motion to Dismiss, originally filed as Dkt. No. 22, shall be changed from January 20, 2011 to February 3, 2011.

Pursuant to *pro se* Plaintiff Ulrich Schele's ("Plaintiff") previous request for an extension of the hearing on Defendants' Motion, Defendants renoticed the hearing date for their Motion from January 6, 2011 to January 20, 2011.  *See* Dkt. No. 26.  Now Plaintiff has again requested an extension of the date for this hearing to February 3, 2011.  Defendants do not have any objection to this request.  Accordingly, the parties stipulate and request that the hearing date for Defendants' Motion to Dismiss (Dkt. No. 22), be moved from January 20, 2011 to February 3, 2011.

Dated this 23 day of December, 2010.

ULRICH SCHELE

By: _____
Ulrich Schele (Pro Se)

FENWICK & WEST LLP

By: /s/ Jedediah Wakefield
Jedediah Wakefield

Attorneys for Defendants
Mercedes-Benz USA, LLC & Daimler Finance North America LLC

## ~~[PROPOSED]~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 23, 2010         By: _____
                                 Honorable Richard Seeborg

JOINT STIP AND ~~[PROPOSED]~~ ORDER CONTINUING HEARING ON MTN TO DISMISS      1      CASE NO. 3:10-CV-01643-RS