JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
CLIFFORD C. WEBB (CSB NO. 260885)
cwebb@fenwick.com
FENWICK & WEST LLP
555 California Street
12th Floor
San Francisco, California  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendants
Mercedes-Benz USA, LLC & Daimler Finance North
America LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ULRICH SCHELE,<br><br>                    Plaintiff,<br><br>          v.<br><br>MERCEDES-BENZ USA, LLC and<br>DAIMLER FINANCE NORTH AMERICA<br>LLC,<br><br>                    Defendants. | Case No. 3:10-cv-01643-RS<br><br>**JOINT STIPULATION AND<br>[PROPOSED] ORDER CONTINUING<br>INITIAL CMC AND HEARING DATE<br>ON DEFENDANTS' MOTION TO<br>DISMISS (Dkt. No. 22)** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIP AND [PROPOSED] ORDER
CONTINUING INITIAL CMC AND
HEARING ON MTN TO DISMISS

CASE NO. 3:10-CV-01643-RS

1    IT IS HEREBY STIPULATED that the Initial Case Management Conference currently set

2    for February 17, 2011, should be continued until after this Court issues a ruling on Defendants'

3    Motion to Dismiss (Dkt. No. 22), to the extent any such conference is needed at that time, and

4    that the date for the hearing on Mercedes-Benz USA LLC's ("Mercedes-Benz") and Daimler

5    Finance North America LLC's ("Daimler Finance") ("Defendants") Motion to Dismiss, originally

6    filed as Dkt. No. 22, shall be changed from February 3, 2011 to February 17, 2011.

7    Currently, the Initial Case Management Conference in this case is set for February 17,

8    2011. *Pro se* Plaintiff Ulrich Schele's ("Plaintiff") and Defendants agree that until the Court

9    issues an order on Defendants' Motion to Dismiss any Initial Case Management Conference

10   would be premature and would result in needless consumption of the Court's time and resources

11   and the time and resources of the Parties. Accordingly, Plaintiff and Defendants stipulate and

12   respectfully request that this Court continue the date of the Initial Case Management Conference

13   until after it issues a ruling on Defendants' Motion to Dismiss, to the extent any conference is still

14   necessary at that time.

15   Also, Plaintiff requests that the date for the hearing on Defendants' Motion to Dismiss be

16   continued until February 17, 2011. Pursuant to Plaintiff's previous request for an extension,

17   Defendants renoticed the hearing date for their Motion from January 6, 2011 to January 20, 2011.

18   Dkt. No. 26. Then, pursuant to Plaintiff's second request, Defendants stipulated to and this Court

19   granted an additional continuance until February 3, 2011. Dkt. No. 29. Plaintiff has again

20   requested, due to issues related to his travel from France for the hearing, that the date of the

21   hearing for Defendants' Motion to Dismiss be moved one final time to February 17, 2011.

22   Accordingly, the Parties stipulate and request that the hearing date for Defendants' Motion to

23   Dismiss (Dkt. No. 22), be moved from February 3, 2011 to February 17, 2011.

24

25

26

27

28

JOINT STIP AND [~~PROPOSED~~] ORDER
CONTINUING INITIAL CMC AND
HEARING ON MTN TO DISMISS

1

CASE NO. 3:10-CV-01643-RS

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Dated this 12th day of January 2011.


ULRICH SCHELE                                    FENWICK & WEST LLP


By: /s/ Ulrich Schele                            By: /s/ Jedediah Wakefield
    Ulrich Schele (Pro Se)                        Jedediah Wakefield


                                     Attorneys for Defendants
                                       Mercedes-Benz USA, LLC & Daimler
                                       Finance North America LLC

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Jedediah Wakefield, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "confirmed" signature (/s/) within this e-filed document.


    DATED:  January 12, 2011                          /s/ Jedediah Wakefield
                                              Jedediah Wakefield


## [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: January 12, 2011                    By:
                                              Honorable Richard Seeborg

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIP AND [~~PROPOSED~~] ORDER
CONTINUING INITIAL CMC AND                    2                    CASE NO. 3:10-CV-01643-RS
HEARING ON MTN TO DISMISS